1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   ALFONSO MOUZON,                        Case No.  24-cv-01907-DMR (PR)

8               Plaintiff,

9        v.                                **ORDER OF TRANSFER**

10  ALAMEDA COUNTY,

11              Defendant.

12        Plaintiff, who is currently in custody at Coalinga State Hospital, has filed this *pro se* civil

13  rights action under 42 U.S.C. § 1983, alleging that he was improperly treated like the criminal

14  pretrial detainees at the Fresno County Jail[1] while he was only being held for civil commitment

15  proceedings against him under California's Sexually Violent Predators Act in July 2021.  *See* Dkt.

16  1.  Plaintiff has also filed a motion for leave to proceed *in forma pauperis*.  Dkt. 5.

17        When jurisdiction is not founded solely on diversity, venue is proper in the district in

18  which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in

19  which a substantial part of the events or omissions giving rise to the claim occurred, or a

20  substantial part of property that is the subject of the action is situated, or (3) a judicial district in

21  which any defendant may be found, if there is no district in which the action may otherwise be

22  brought.  *See* 28 U.S.C. § 1391(b).

23        The acts complained of in this complaint occurred at the Fresno County Jail, which is

24  located in the Eastern District.  Venue, therefore, properly lies in the Eastern District and not in

25  this one.  *See* 28 U.S.C. § 1391(b).

26

27        [1] The court notes that Plaintiff incorrectly indicates that while he was held at the Fresno County Jail, he was "being detained in the custody of the Alameda County Sheriff's Department."

28  Dkt. 1 at 4.  However, he was actually being detained in the custody of the *Fresno* County Sheriff's Office.

*United States District Court*
*Northern District of California*

1    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

2    TRANSFERRED to the United States District Court for the Eastern District of California.

3    The Clerk of the Court shall terminate all motions and transfer the case forthwith.

4    IT IS SO ORDERED.

5    Dated:  September 30, 2024

6

7    _____
     DONNA M. RYU
     Chief Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California