UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MOUZON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY,<br><br>　　　　　Defendant. | 1:24-cv-01170-SKO (PC)<br><br>**ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **OR PAY THE $405.00 FILING FEE WITHIN (30) THIRTY DAYS** |

　　　　Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　　Plaintiff has not paid the $405 filing fee nor submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, **IT IS HEREBY ORDERED** that:

　　　　1.　　The Clerk's Office shall send to Plaintiff the attached form for application to proceed *in forma pauperis* **for a non-prisoner**; and

　　　　2.　　**Within thirty days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* **for a non-prisoner**, or in the

alternative, pay the $405.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 14, 2024**                     /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE